# United States District Court

WESTERN DISTRICT OF WASHINGTON

RONALD L. BASKETT

        v.

CAROL GRANDMONTAGUE, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5655BHS/JKA

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

     Plaintiff is not entitled to *in forma pauperis* status because he cannot remove an action from state court where he was the plaintiff. Plaintiff's motion to proceed in forma pauperis is **DENIED AND THIS ACTION RETURNED TO MASON COUNTY SUPERIOR COURT**.

    November 24, 2008                                            BRUCE RIFKIN
Date                                                                              Clerk

                                                                                   *s/CM Gonzalez*
                                                                                   Deputy Clerk